IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

ANTRONETTE DEON NEAL,

    Movant.

No. 2:09-cr-00089 JAM KJN P

<u>ORDER</u>

  Movant, a federal prisoner proceeding without counsel or "pro se," has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Because movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. <u>See</u> Rule 4, Rules Governing Section 2255 Proceedings.

  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

////

////

1

1 | The Clerk of the Court shall serve a copy of this order, together with a copy of
2 | movant's motion, on the United States Attorney or his authorized representative.
3 | DATED: April 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neal0089.206