UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ANTRONETTE DEON NEAL,<br><br>Movant. | No. 2:09-cr-00089 JAM KJN P<br><br><br><br>ORDER |

Movant has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in § 2255 proceedings. See e.g. Irwin v. United States, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, movant summarily requests appointment of a public defender. Review of the underlying petition indicates that movant is challenging a plea agreement and 180-month sentence based on a felony drug offense, on the alleged ground of ineffective assistance of counsel. The court finds that the interests of justice do not require appointment of counsel at this time.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for appointment of counsel (ECF No. 71), is denied without prejudice.

2. The deadline for filing and serving movant's optional reply (traverse) to respondent's opposition is hereby extended to, and including, September 30, 2013.

DATED: September 9, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

neal.0089.207